

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:21CR87CWR-LGI

YOLANDA WARD   18 U.S.C. § 641

**The Grand Jury charges:**

From on or about the January 1, 2017, to December 31, 2019 in Warren County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **YOLANDA WARD**, did willfully and knowingly steal, purloin, embezzle, and convert to her own use greater than $1000.00 in funds, goods, and property of the United States, in violation of Title 18 United States Code, Section 641.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the

defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981, Title 18, United States Code and Section 2461, Title 28, United States Code.

*Darren LaMarca*
DARREN J. LAMARCA.
Acting United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _10th_ day of August 2021.

UNITED STATES MAGISTRATE JUDGE